FILED
MAR 18 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BRIAN FEIL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case No. 07-832-PK |
| v. | ) | |
| | ) | O R D E R |
| STATE OF OREGON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Brian Feil
858 E. Harbor Street, #4
Warrenton, Oregon 97146

    Pro Se Petitioner

John Kroger
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon 97301

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on January 26, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#31).

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#2) is denied.

DATED this 17 day of March, 2009.

GARR M. KING
United States District Judge